1
2
3
4
5
6
7
8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   WELLS FARGO BANK, N.A.,                          No. 2:15-cv-0758-GEB-CMK

12                  Plaintiff,

13         vs.                                                          ORDER

14   WALTER A. WEBER, et al.,

15                  Defendants.
     _____/

16                  Defendants, proceeding pro se, removed this action from the Shasta County

17   Superior Court on April 8, 2015.  This matter is set for an initial scheduling conference on

18   August 19, 2015, before the undersigned in Redding, California.  Also pending before the court

19   is defendants' motion to remand, which has been submitted.  The court finds it appropriate to

20   vacate the scheduling conference until the pending motion to remand has been resolved.  Once

21   the motion has been resolved, the court will reset a scheduling conference in this matter if

22   appropriate.

23   / / /

24   / / /

25   / / /

26

                                                    1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for August 19, 2015, is vacated, to be reset following final resolution of the pending motion to remand, if appropriate.


DATED:  August 12, 2015

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2